Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CELLSPING SOFT, INC.

    Plaintiff(s),

v.

CANON U.S.A., INC.

    Defendant(s).

Case No: 4:17-cv-05938 YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER (CIVIL LOCAL RULE 11-3)

 I, Jared Weston Newton, an active member in good standing of the bar of Washington, DC, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Canon U.S.A., Inc. in the above-entitled action. My local co-counsel in this case is Vicki Parker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1300 I St NW Suite 900<br>Washington, DC 20005 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 538-8000 | (415) 875-6600 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jarednewton@quinnemanuel.com | vickiparker@quinnemanuel.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1004973.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/03/19

                Jared Weston Newton
                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

 IT IS HEREBY ORDERED THAT the application of Jared Weston Newton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 7, 2019

                *[signature]*
              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
              YVONNE GONZALEZ ROGERS



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Jared Weston Newton*

was duly qualified and admitted on **December 5, 2011** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 12, 2019.

*Julio A. Castillo*

JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.