1  Alex M. Giannetto, State Bar No. 259757
   agiannetto@bremerwhyte.com
2  Darlene M. McIver, State Bar No. 216608
   dmciver@bremerwhyte.com
3  BREMER WHYTE BROWN & O'MEARA LLP
   501 West Broadway
4  Suite 1700
   San Diego, CA 92101
5  Telephone:  (619) 236-0048
   Facsimile:  (619) 236-0047
6
7  Attorneys for Defendant,
   DAVIC INCORPORATED dba MOBY DICK BAR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STOKES, | Case No. 4:19-cv-05743-YGR |
| Plaintiff, | **STIPULATION RE: PLAINTIFF LEAVE TO AMEND COMPLAINT; [PROPOSED] ORDER THEREON** |
| vs. | |
| MOBY DICK BAR, | Complaint Filed: September 12, 2019 |
| Defendant. | |

**TO THE HONORABLE COURT:**

Plaintiff Michael Stokes ("Plaintiff") and Defendant Davic Incorporate dba Moby Dick Bar ("erroneously sued as "Moby Dick Bar") ("Defendant"), collectively referred to herein as "the Parties") hereby agree and stipulate as follows:

**WHEREAS, t**his lawsuit, filed September 13, 2019, alleges damages caused by Defendant's unauthorized reproduction and public display of two copyrighted photographs of models owned and registered by Plaintiff, a California based professional photographer. Accordingly, Plaintiff seeks monetary relief under the Copyright Act of the United States.

**WHEREAS,** Defendant was served with the complaint on September 16, 2019, its responsive pleading was due no later than October 7, 2019.

/ / /

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA  92101
(619) 236-0048

1317.060                                                                                           4:19-cv-05743-YGR

1  **WHEREAS,** due to the Parties engagement in early settlement discussions, the Parties informally agreed and stipulated Defendant's responsive pleading would be due no later than October 14, 2019.

4  **WHEREAS,** while settlement negotiations continued and great progress was made, the Parties again informally agreed and stipulated to continue the date by which Defendant's responsive pleading would be due to October 31, 2019, then to November 7, 2019.

8  **WHEREAS,** on November 6, 2019, the parties met and conferred and, although currently at an impasse, agreed to continue with settlement negotiations and to formally stipulate to allow Plaintiff to file an amended complaint no later than November 8, 2019.

12  **WHEREAS,** Defendant's responsive pleading will be due within fourteen (14) days after service of the amended pleading, per F.R.C.P. Rule 15, or on or before November 30, 2019.

15  **WHEREAS,** with this stipulation and continued dates no prejudice will be suffered.

17  **THEREFORE,** the Parties agree and stipulate that Plaintiff should be granted leave to amend and file a first amended complaint no later than November 8, 2019, or within 3 business days of the Court's issuance of Order approving this Stipulation, whichever is later.

21  **SO STIPULATED:**

Dated: November 6, 2019

BREMER WHYTE BROWN & O'MEARA LLP

By: *Darlene McIver* (signature)

Alex M. Giannetto
Darlene M. McIver
Attorneys for Defendant
DAVIC INCORPORATED dba
MOBY DICK BAR

///

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

2

1317.060                                                    4:19-cv-05743-YGR

1  Dated: November 6, 2019        LIEBOWITZ LAW FIRM, PLLC

By: _____/S/_____
    Richard Liebowitz
    Attorney for Plaintiff,
    MICHAEL STOKES

BREMER WHYTE BROWN &
O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

3

1317.060                                                    4:19-cv-05743-YGR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STOKES, | Case No. 4:19-cv-5743(YGR) |
| Plaintiff, | **[PROPOSED]** ORDER ON STIPULATION RE: PLAINTIFF LEAVE TO AMEND COMPLAINT |
| vs. | |
| MOBY DICK BAR, | Complaint Filed: September 12, 2019 |
| Defendant. | |

Based on the stipulation of the Parties, and good cause appearing, the Court hereby **GRANTS** the Stipulation Re: Plaintiff Leave to Amend Complaint no later than November 8, 2019, or within 3 business days of the Court's issuance of this Order approving the Stipulation, whichever is later.

IT IS SO ORDERED.

Dated: November __8__, 2019

_____
Honorable Yvonne Gonzalez Rogers
District Court Judge

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

1317.060

4:19-cv-05743-YGR