# EXHIBIT A


















