# EXHIBIT B



















