# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL STOKES,**<br>Plaintiff,<br>vs.<br>**MOBY DICK BAR,**<br>Defendant. | CASE NO. 19-cv-05743-YGR<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 13 |

On October 7, 2019, the Court entered an order granting an application for admission of attorney *pro hac vice* for Richard Liebowitz, counsel for plaintiff Michael Stokes. (Dkt. No. 12.)

Under Local Rule 11-3(b), an attorney is disqualified from appearing *pro hac vice*, with few exceptions, if he is "regularly engaged in the practice of law in the State of California." The Court recently became aware that Mr. Liebowitz has filed approximately twenty-two cases in this district in the past three months. Accordingly, Mr. Liebowitz is **ORDERED TO SHOW CAUSE** why the filing of these cases within this time frame does not constitute the "regular . . . practice of law" in the state, and moreover, why his *pro hac vice* status should not be revoked.

A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, December 20, 2019**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. No later than **five (5) business days** prior to the date of the compliance hearing, Mr. Liebowitz shall file a response to this Order to Show Cause.

**IT IS SO ORDERED.**

Dated: November 22, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**