```
Alex M. Giannetto, State Bar No. 259757
agiannetto@bremerwhyte.com
Darlene M. McIver, State Bar No. 216608
dmciver@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
501 West Broadway
Suite 1700
San Diego, CA 92101
Telephone:  (619) 236-0048
Facsimile:  (619) 236-0047

Attorneys for Defendant,
DAVIC INCORPORATED dba MOBY DICK BAR
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STOKES, | Case No. 4:19-cv-05743-YGR |
| Plaintiff, | ANSWER TO FIRST AMENDED COMPLAINT |
| vs. | |
| MOBY DICK BAR, | |
| Defendant. | |

### ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Defendant DAVIC INCORPORATED dba MOBY DICK BAR (hereinafter "Defendant"), answering the First Amended Complaint of Plaintiff MICHAEL STOKES (hereinafter referred to as "Plaintiff") alleging willful copyright infringement by responding as set forth below, and Defendant raises affirmative defenses as follows:

### JURISDICTION AND VENUE

1. Defendant denies the allegations of the nature of the case in paragraph

2. Defendant admits this Court has subject matter jurisdiction over claims

BREMER WHYTE BROWN &
O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA  92101
(619) 236-0048

Case No. 4:19-cv-05743-YGR
ANSWER TO FIRST AMENDED COMPLAINT

1317.060 4823-9444-8558.1

1  arising under the Copyright Act, 17. U.S.C. §101 et seq., pursuant
2  to 28 U.S.C. §§1331 and 1338(a), as alleged in paragraph 2.
3  However, Defendant denies the allegations that make up the subject
4  claim referenced in paragraph 2 that is the subject of the First
5  Amended Complaint.
6     3. Defendant admits that this Court has personal jurisdiction
7  over Defendant
8  because Defendant resides in and/or transacts business in
9  California.
10    4. Defendant admits venue is proper in this District pursuant
11 to 28 U.S.C. §1391(b)(1).

## PARTIES

13    5. Answering paragraph 5 of the First Amended Complaint,
14 Defendant lacks information sufficient to form a belief as to the
15 facts alleged, and on that basis, Defendant denies them.
16    6. Answering paragraph 6 of the First Amended Complaint,
17 Defendant admits that Davic, Inc. dba Moby Dick Bar is a domestic
18 business corporation duly organized and existing under the laws of
19 the State of California. However, Answering Defendant denies that
20 Defendant's principal place of business is 4049 18th Street, San
21 Francisco, California 94132. Defendant admits that Defendant's
22 principal place of business is located at 4049 18th Street in San
23 Francisco, California 94114.

## STATEMENT OF FACTS

25    7. Answering paragraph 7 of the First Amended Complaint,
26 Defendant lacks information sufficient to form a belief as to the
27 facts alleged, and on that basis, Defendant denies them.
28 ///

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

2
Case No. 4:19-cv-05743-YGR
ANSWER TO FIRST AMENDED COMPLAINT

1317.060 4823-9444-8558.1

8. Answering paragraph 8 of the First Amended Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

9. Answering paragraph 9 of the First Amended Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

### DEFENDANT'S ALLEGED INFRINGING ACTIVITIES

10. Defendant denies that allegation that "Davic ran the Photographs on the Website." Defendant denies that Exhibit B to the First Amended Complaint depicts screenshots of photographs. Defendant lacks information sufficient to form a belief as to the truth of the allegations contained in the balance of Paragraph 10, that screenshots of the Photographs attached to Plaintiff's First Amended Complaint are screenshots of photographs from Defendant's website, and therefore they are deemed denied.

11. Defendant admits that it did not expressly license or have express permission or consent from Plaintiff to use any photographs belonging to Plaintiff on its website. However, Defendant denies that use of any photographs on its website were anything more than innocent and de minimis.

12. Defendant lacks information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12, and therefore they are deemed denied.

### CLAIM FOR RELIEF

### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)

### (17.S.C. §§106, 501)

13. Defendant incorporate by reference its answers to the preceding Paragraphs as if set forth at length herein.

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

3

Case No. 4:19-cv-05743-YGR
ANSWER TO FIRST AMENDED COMPLAINT

1317.060 4823-9444-8558.1

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

## PRAYER FOR RELIEF

WHEREFORE, Defendant denies that Plaintiff is entitled to any of the relief requested in paragraphs 1-6, and respectfully requests that the Court dismiss the First Amended Complaint in its entirety and enter judgment in its favor against Plaintiff.

## DEMAND FOR JURY TRIAL

To the extent a response is required, Defendant denies that Plaintiff is entitled to a jury trial.

## AFFIRMATIVE DEFENSES

Defendant hereby asserts the following Affirmative Defenses in this case:

## FIRST DEFENSE

### (FAILURE TO STATE A CLAIM)

1.   Each of Plaintiff's causes of action, individually, fails to state facts sufficient to constitute a cause of action against the answering Defendant.

## SECOND DEFENSE

### (FAILURE TO MITIGATE)

2.   Answering Defendant allege that Plaintiff has failed to take reasonable steps to mitigate his damages, if any.

///

///

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

4

Case No. 4:19-cv-05743-YGR
ANSWER TO FIRST AMENDED COMPLAINT

1317.060 4823-9444-8558.1

### THIRD DEFENSE

### (LACK OF MALICE OR WRONGFUL INTENT)

3. Answering Defendant allege that the actions and/or proceedings complained of by Plaintiff were made without malice or wrongful intent on the part of the answering Defendant.

### FOURTH DEFENSE

### (STATUTE OF LIMITATIONS)

4. Answering Defendant allege that the Plaintiff is barred by the applicable statute of limitations pursuant to 17 U.S.C. §507(b).

### SIXTH DEFENSE

### (FIRST AMENDED COMPLAINT IS FRIVOLOUS AND IN BAD FAITH)

5. Answering Defendant allege that Plaintiff's first amended complaint was filed with the intention of harassing, annoying, or disturbing Defendant.

### SEVENTH DEFENSE

### (NO RIGHT TO RECOVERY OF ATTORNEY FEES)

6. Plaintiff did not have a copyright registration for each of the photographs alleged to be used without authorization by Defendant prior to the commencement of the alleged infringement, therefore barring Plaintiff from recovery of attorney fees.

### EIGHTH DEFENSE

### (FAIR USE)

7. Defendant's use of the photographs constitutes fair use.

///
///
///
///

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

5

Case No. 4:19-cv-05743-YGR
ANSWER TO FIRST AMENDED COMPLAINT

1317.060 4823-9444-8558.1

**NINTH DEFENSE**

**(GOOD FAITH AND FAIR DEALING)**

8. Answering Defendant allege that the actions and/or proceedings complained of by Plaintiff were conducted by Defendant in good faith.

**TENTH DEFENSE**

**(INNOCENT INFRINGEMENT)**

9. Defendant was not aware that the actions and/or proceedings complained of by Plaintiff constituted infringement of copyright work, and Defendant had no reason to believe that its actions constituted an infringement of copyright work.

**ELEVENTH DEFENSE**

**(NO FINANCIAL BENEFIT)**

10. Answering Defendant alleges that the actions and/or proceedings complained of by Plaintiff did not cause or confer a direct financial benefit to Defendant.

**TWELFTH DEFENSE**

**(DE MINIMIS USE OF WORK)**

11. Answering Defendant alleges that the actions and/or proceedings complained of by Plaintiff were considered de minimis and not significant.

**THIRTEENTH DEFENSE**

**(ABANDONMENT)**

12. Plaintiff intended to surrender rights in the alleged infringed photographs when Plaintiff dispersed the photographs on the internet.

///

///

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

6

Case No. 4:19-cv-05743-YGR
ANSWER TO FIRST AMENDED COMPLAINT

1317.060 4823-9444-8558.1

**FOURTEENTH DEFENSE**

**(MISUSE OF COPYRIGHT)**

13. Plaintiff's actions constitute misuse of copyright protection.

**FIFTEENTH DEFENSE**

**(INVALID COPYRIGHT)**

14. Plaintiff's failure to comply with the statutory formalities for obtaining a copyright registration for each of the alleged infringed upon photographs bar a claim for copyright infringement against Defendant.

**SIXTEENTH DEFENSE**

**(FIRST SALE DOCTRINE)**

15. Plaintiff's acts of dispersing the photographs over the internet and/or transfer of the photographs precludes Plaintiff's claim for copyright infringement against Defendant.

**SEVENTEENTH DEFENSE**

**(FAILURE TO PROVIDE NOTICE OF CEASE AND DESIST)**

16. Plaintiff's failure to provide a cease and desist notice of alleged infringing activity by Defendant is congruent with Plaintiff's intent to extract money from Defendant under the guise of purporting to enforce copyright infringement laws.

**EIGHTEENTH DEFENSE**

**(UNCLEAN HANDS)**

17. Plaintiff's conduct with respect to the matters alleged in the First Amended Complaint to include dispersing the subject photographs over the internet with the intent to entice innocent and unknowing infringers, followed by the act of conducting a reverse image search, deprives Plaintiff of clean hands precluding Plaintiff

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA  92101
(619) 236-0048

1317.060 4823-9444-8558.1

7

Case No.  4:19-cv-05743-YGR
ANSWER TO FIRST AMENDED COMPLAINT

from recovery in the within action.

**NINTEENTH DEFENSE**

**(LACK OF ACTUAL DAMAGES)**

18. Plaintiff has not suffered any actual damages as a result of the actions and/or proceedings complained of by Plaintiff.

**TWENTIETH DEFENSE**

**(LACK OF ATTRIBUTABLE DAMAGES)**

19. Defendant did not realize any profits as a result of the actions and/or proceedings complained of by Plaintiff.

**TWENTY-FIRST DEFENSE**

**(LACHES)**

20. Plaintiff has unreasonably delayed the commencement of the within action to the substantial prejudice of the answering Defendant and by reason thereof has been guilty of laches, and Plaintiff is thereby precluded from recovery in the within action.

**TWENTY-SECOND DEFENSE**

**(CAUSATION)**

21. Answering Defendant allege that Plaintiff did not contend and cannot prove any facts showing the answering Defendant's conduct was the cause in fact or proximate cause of any damage to Plaintiff.

**TWENTY-THIRD DEFENSE**

**(WAIVER)**

22. Plaintiff waived his right to the relief sought by virtue of Plaintiff's acts, conduct, representations, and omissions.

///

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

8

Case No. 4:19-cv-05743-YGR
ANSWER TO FIRST AMENDED COMPLAINT

1317.060 4823-9444-8558.1

**TWENTY-FOURTH DEFENSE**

**(SPECULATIVE DAMAGES)**

23.  Answering Defendant asserts that Plaintiff did not plead and cannot prove any facts showing Plaintiff suffered any alleged special damages.  All damages alleged by Plaintiff are uncertain, speculative, and therefore are unrecoverable in each cause of action.

**TWENTY-FIFTY DEFENSE**

**(ESTOPPEL)**

24.  Answering Defendant asserts that the Plaintiff engaged in conduct and activity with respect to the subject of this litigation which are the subject of Plaintiff's First Amended Complaint, and by reason of said conduct and activities are estopped from asserting any claims for damages or seeking any other relief against this answering Defendant.

**WHEREFORE,** answering Defendant DAVIC INCORPORATED dba MOBY DICK BAR pray for this Honorable Court for the following relief:

1.  For dismissal of the Plaintiff's action with prejudice;

2.  For an order that Plaintiff shall take no relief by way of the First Amended Complaint;

3.  For an award of Defendant's costs and attorneys' fees herein incurred;

4.  That judgment be entered in favor of Defendant;

5.  For such other and further relief as the Court may deem fair and just.

///
///
///

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

1317.060 4823-9444-8558.1

9
Case No.  4:19-cv-05743-YGR
ANSWER TO FIRST AMENDED COMPLAINT

1 | RESPECTFULLY SUBMITTED

2 | Dated:   November 27, 2019        BREMER WHYTE BROWN & O'MEARA LLP

                                     By: *Darlene McIver* (signature)
                                     Alex M. Giannetto
                                     Darlene M. McIver
                                     Attorneys for Defendant
                                     DAVIC INCORPORATED dba MOBY
                                     DICK BAR

BREMER WHYTE BROWN &
O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

1317.060 4823-9444-8558.1

10
Case No. 4:19-cv-05743-YGR
ANSWER TO FIRST AMENDED COMPLAINT