Alex M. Giannetto, State Bar No. 259757
agiannetto@bremerwhyte.com
Darlene M. McIver, State Bar No. 216608
dmciver@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
501 West Broadway
Suite 1700
San Diego, CA 92101
Telephone:  (619) 236-0048
Facsimile:  (619) 236-0047

Attorneys for Defendant,
DAVIC INCORPORATED dba MOBY DICK BAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL STOKES, | ) Case No. 4:19-cv-05743-YGR |
|---|---|
| Plaintiff, | ) APPLICATION AND [PROPOSED] ORDER TO ALLOW FOR TELEPHONIC APPEARANCE BY DEFENDANT'S COUNSEL AT DECEMBER 20, 2019 COMPLIANCE HEARING |
| vs. | |
| MOBY DICK BAR, | |
| Defendant. | |

Defendant, DAVIC INCORPORATED dba MOBY DICK BAR ("Defendant"), by and through its undersigned attorneys of record, submits this Application to request that the Court enter an order allowing Defendant's counsel to participate by telephone in compliance hearing scheduled for December 20, 2019 at 9:01 a.m.

Defendant submits that there is good cause for such order because the Defendant's counsel is located in San Diego, California, is not required or requesting to participate in the hearing, but only requests telephonic attendance to observe the compliance hearing. Furthermore, Defendant has a keen interest in the outcome of compliance hearing.

///

///

///

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

Case No. 4:19-cv-05743-YGR
APPLICATION AND [PROPOSED] ORDER TO ALLOW FOR TELEPHONIC APPEARANCE
1317.060 4814-7224-0815.1

1    Therefore, it makes economic sense to allow for telephonic
2    appearance by Defendant's counsel at the December 20, 2019
3    compliance hearing.
4    Respectfully Submitted.

5

6  Dated: December 17, 2019          BREMER WHYTE BROWN & O'MEARA LLP

7

8                                    By: _____
                                         Alex M. Giannetto
9                                        Darlene M. McIver
                                         Attorneys for Defendant
10                                       DAVIC INCORPORATED dba MOBY
                                         DICK BAR

BREMER WHYTE BROWN &
O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

2

Case No. 4:19-cv-05743-YGR
APPLICATION AND [PROPOSED] ORDER TO ALLOW FOR TELEPHONIC APPEARANCE
1317.060 4814-7224-0815.1