UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL STOKES,** | ) Case No. 4:19-cv-05743-YGR |
| Plaintiff, | ) [PROPOSED] ORDER ON APPLICATION TO ALLOW FOR |
| vs. | ) TELEPHONIC APPEARANCE BY DEFENDANT'S COUNSEL AT |
| **MOBY DICK BAR,** | ) DECEMBER 20, 2019 COMPLIANCE HEARING |
| Defendant. | ) Complaint Filed: September 12, 2019 |

The Court, having considered the foregoing Application, and good cause appearing, hereby grants Defendant's Counsel leave to participate by telephone in the December 20, 2019 Compliance Hearing.

**IT IS SO ORDERED.**

Dated: December ___, 2019

_____

Honorable Yvonne Gonzalez Rogers
District Court Judge

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

1317.060 4831-8705-6047.2

Case No. 4:19-cv-05743-YGR
[PROPOSED] ORDER