UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL STOKES,

                              Plaintiff,                    Docket No. 4:19-cv-5743-YGR

        - against -

DAVIC INCORPORATED

                              Defendant.

## NOTICE OF SETTLEMENT

The parties have reached a settlement in principle. The parties will file their notice of dismissal within the next 30 days.

/s/Richard Liebowitz

*Counsel for Plaintiff*