# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **MICHAEL STOKES,**       Plaintiff,   vs.   **DAVIC INCORPORATED,**       Defendant. | CASE NO. 19-cv-05743-YGR   **ORDER SETTING COMPLIANCE HEARING**   Re: Dkt. No. 31 |

Plaintiff has notified the Court that the parties have reached a settlement in the above-captioned case. (Dkt. No. 31.) Accordingly, all pending dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, March 6, 2020**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Joint Stipulation of Dismissal or (b) a one-page Joint Statement setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear, and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: January 30, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**