```
Alex M. Giannetto, State Bar No. 259757
agiannetto@bremerwhyte.com
Darlene M. McIver, State Bar No. 216608
dmciver@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
501 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 236-0048
Facsimile: (619) 236-0047

Attorneys for Defendant,
DAVIC INCORPORATED dba MOBY DICK BAR
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STOKES, | Case No. 4:19-CV-06743-YGR |
| Plaintiff, | JOINT STIPULATION OF SETTLEMENT & DISMISSAL |
| vs. | |
| MOBY DICK BAR | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff MICHAEL STOKES (hereinafter "Plaintiff"), by and through his attorney of record, Richard Liebowitz, Esq. of The Liebowitz Law Firm, PLLC, and Defendant DAVIC INCORPORATED dba MOBY DICK BAR (hereinafter "Defendant"), by and through its attorney of record, Darlene McIver, Esq. of Bremer, Whyte, Brown & O'Meara, LLP,(hereinafter "Parties"), that on January 27, 2020, a settlement was reached between the Parties.

Plaintiff and Defendant further stipulate and agree that each Party shall bear its own costs, expenses, tax consequences, and attorneys' fees incurred from or related to the action.

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

JOINT STIPULATION OF SETTLEMENT & DISMISSAL WITH PREJUDICE

1317.060 4835-6692-2932.1

This Stipulation is entered into in good faith, in the interests of judicial economy, and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: February 11, 2020        BREMER WHYTE BROWN & O'MEARA LLP

By: *Darlene McIver*
Darlene McIver
Alex M. Giannetto
Attorneys for Defendant
Davic Incorporated dba Moby Dick Bar

Dated: February 11, 2020        LIEBOWITZ LAW FIRM PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
Attorney for Plaintiff
Michael Stokes

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2
JOINT STIPULATION OF SETTLEMENT & DISMISSAL WITH PREJUDICE
1317.060 4835-6692-2932.1