**PROOF OF SERVICE**

**Case No. 4:19-cv-05743-YGR**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, Suite 1700, San Diego, CA 92101. My business e-mail address is mcrossland@bremerwhyte.com .

On February 11, 2020, I served the within document(s) described as:

**JOINT STIPULATION OF SETTLEMENT & DISMISSAL**

on the interested parties in this action as stated on the attached mailing list.

[X] (BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure § 1010, I caused such document(s) to be Electronically Filed and Served through United States District Court, Northern District of California's system for the above-entitled case. Upon completion of transmission of said document(s), a filing receipt is issued to the filing party acknowledging receipt, filing and service by United States District Court, Northern District of California's system. A copy of the filing receipt page will be maintained with the original document(s) in our office.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 11, 2020, at San Diego, California.

I declare under penalty of perjury that the foregoing is true and correct.

```
   Molly Crossland                    /s/ Molly Crossland
  (Type or print name)                    (Signature)
```

BREMER WHYTE BROWN &
O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA  92101
(619) 236-0048

1

1317.060  4817-9004-5620.1

**Michael Stokes v. Moby Dick Bar**

**Case No. 4:19-cv-05743-YGR**

**BWB&O CLIENT:** Davic Incorporated dba Moby Dick Bar
**BWB&O FILE NO.:** 1317.060

**SERVICE LIST**

| | | |
|---|---|---|
| Richard P. Liebowitz<br>LIEBOWITZ LAW FIRM PLLC<br>11 Sunrise Plaza, Suite 305<br>Valleysteam, NY 11580<br>Tel: 516-233-1660<br>RL@LiebowitzLawFirm.com<br><br>ATTORNEY FOR PLAINTIFF | | |

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

2

1317.060  4817-9004-5620.1