UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| MICHAEL STOKES<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MOBY DICK BAR<br><br>　　　　　　　　　Defendant. | **STIPULATION OF SETTLEMENT DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>Case No.: 4:19-cv-05743-YGR |

　　　　IT IS HEREBY STIPULATED by Plaintiff Michael Stokes and Defendant Moby Dick Bar that the case has been settled and that the above case should be dismissed with prejudice with each side to bear its own costs and attorney's fees.

| | |
|---|---|
| _____/s/_____<br>Richard Liebowitz<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, NY 11580<br>Tele: 516-233-1660<br>RL@LiebowitzLawFirm.com<br><br>Dated: February 25, 2020<br><br>*Attorneys for Plaintiff Michael Stokes* | *Darlene McIver*<br>Darlene McIver<br>Bremer Whyte Brown & O'Meara, LLP<br>501 W. Broadway, Suite 1700<br>San Diego, CA 92101<br>Tele: 619-236-0048<br>dmciver@bremerwhyte.com<br><br>Dated: February 25, 2020<br><br>*Attorneys for Defendant Moby Dick Bar* |

