AO 121 (Rev. 06/16) (CAND version 8/18)

| | |
|---|---|
| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION ON APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION        ☐ APPEAL        COURT NAME AND LOCATION
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

**DOCKET NO:** 19-cv-05743-YGR

**DATE FILED:** 9/12/2019

**PLAINTIFF:** Stokes

**DEFENDANT:** Moby Dick Bar

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

**DATE INCLUDED**        **INCLUDED BY:**
☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

**COPY ATTACHED:**
☒ Order   ☐ Judgment

**WRITTEN OPINION ATTACHED:**
☐ Yes   ☐ No

**DATE RENDERED:** 3/3/2020

*Susan Y. Soong*
Susan Y. Soong, Clerk

*Jordan Burgan*
(by) Deputy Clerk, Jordan Burgan

3/4/2020
Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy